CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

AUG 0 8 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 4:18CR00020 |
| v. | In Violation of: 21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(B), (b)(1)(C), and 846 |
| FRANKLIN DERON MYERS, JR. | |

## INDICTMENT

### COUNT ONE
21 U.S.C. §§ 846 and 841(b)(1)(A)
(Conspiracy to Distribute Cocaine Hydrochloride)

The Grand Jury charges that:

1. From in or around 2015 and continuing until August 16, 2017, in the Western Judicial District of Virginia, FRANKLIN DERON MYERS, JR. did knowingly and intentionally combine, conspire, confederate and agree with other persons, both known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

2. All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

## COUNT TWO
21 U.S.C. §§ 841(a)(1), (b)(1)(A)
(Distribution of Cocaine Hydrochloride)

The Grand Jury further charges that:

3. From in or around 2015 through August 16, 2017, in the Western Judicial District of Virginia, FRANKLIN DERON MYERS, JR. did knowingly and intentionally distribute and possess with intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II Controlled Substance.

4. All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A).

## COUNT THREE
21 U.S.C. §§ 841(a)(1), (b)(1)(B)
(Possession with Intent to Distribute Cocaine Hydrochloride)

The Grand Jury further charges that:

5. On or about August 16, 2017, in the Western Judicial District of Virginia, FRANKLIN DERON MYERS, JR. did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II Controlled Substance.

6. All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B).

## COUNT FOUR
21 U.S.C. §§ 841(a)(1), (b)(1)(C)
(Possession with Intent to Distribute Marijuana)

The Grand Jury further charges that:

7. On or about August 16, 2017, in the Western Judicial District of Virginia, FRANKLIN DERON MYERS, JR. did knowingly and intentionally possess with intent to distribute marijuana, a Schedule I Controlled Substance.

8. All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C).

A TRUE BILL, this 8th day of August 2018.

s/ *GRAND JURY FOREPERSON*
GRAND JURY FOREPERSON

THOMAS T. CULLEN
UNITED STATES ATTORNEY