CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

SEP 10 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:18CR00020 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| FRANKLIN DERON MYERS, JR., | ) | By: Hon. Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

Defendant Franklin Deron Myers, Jr., a federal inmate, has filed a pro se submission that the court has construed and docketed as both a notice of appeal and a motion to vacate, set aside or correct the sentence under 28 U.S.C. § 2255, alleging ineffective assistance of counsel. The notice of appeal has been processed in the usual manner to the United States Court of Appeals for the Fourth Circuit.

The well-established general rule is that, absent extraordinary circumstances, the district court should not consider a defendant's § 2255 motion while his direct appeal is pending. See United States v. Weaver, 121 F.3d 702 (4th Cir. 1997) (unpublished) (citing Bowen v. Johnston, 306 U.S. 19, 26-27 (1939)). I find no extraordinary circumstances arising from the allegations in Myers' submission compelling me to address his ineffective assistance of counsel claim under § 2255 during the pendency of his direct appeal. Accordingly, I will dismiss the § 2255 motion as premature, without prejudice to Myers' right to file a § 2255 motion after the completion of direct appeal proceedings. The Clerk will send a copy of this memorandum opinion and accompanying order to the defendant.

ENTERED this 10th day of Sep., 2019.

/s/ Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE